*Ex parte* ED HINES.

No. A-395. Opinion Filed January 21, 1910.

(106 Pac. 544.)

Application of Ed Hines for writ of *habeas corpus*. Writ denied.

*Nance & Priest,* for petitioner.

*Fred S. Caldwell,* for the State.

PER CURIAM. All of the questions of law involved in this case were discussed and decided in cause No. A-411, *Ex parte Hudson* (decided at the present term of this court), *ante*, p. 393, 106 Pac. 540, and the opinion in said cause No. A-411 is adopted as the opinion in this cause.

The writ of *habeas corpus* is denied, and the defendant remanded to the custody of the sheriff of Adair county.

---

### ON PETITION FOR REHEARING.

#### Denied March 28, 1910.

OWEN, JUDGE. This case is in all things identical with *Ex parte Hudson* (case No. A-411, decided at this term of court, *ante*, p. 393, 107 Pac. 735, and the decision in that case settles all questions raised in this.

The petition for rehearing is denied.

FURMAN, PRESIDING JUDGE, concurs, DOYLE, JUDGE, dissents.